United States District Court
Southern District of Texas

**ENTERED**

December 12, 2022

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **TRANS-HOLD, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:22-CV-01683** |
| | § | |
| **LOUIS DREYFUS COMPANY LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## FINAL JUDGMENT

Plaintiff Trans-Hold, Inc. brought an action for declaratory judgment against Defendant Louis Dreyfus Co. LLC. Defendants filed a Motion to Dismiss. (Doc. 14.) The Court granted with motion and dismissed Plaintiff's claim without prejudice on November 4, 2022.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant.

**IT IS SO ORDERED**.

Signed at Houston, Texas on December 12, 2022.

Keith P. Ellison
United States District Judge